**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Leslie Finkel,<br><br>    Petitioner,<br><br>v.<br><br>Sandra Walker,<br><br>    Respondent. | No. CV-10-00536-PHX-FJM<br><br>**ORDER** |

Pursuant to our Order of July 15, 2011 (Doc. 19), judgment was entered denying the Petition for Habeas Corpus (Doc. 20). Petitioner filed a Notice of Appeal on July 19, 2011 (Doc. 21), and the Court of Appeals denied a certificate of appealability on July 9, 2012 (Doc. 24).

Over six years later, on January 10, 2019, Petitioner filed another Notice of Appeal (Doc. 25). We now have before us Petitioner's Application to Proceed In Forma Pauperis (Doc. 26), Katia Mehu's Motion to Withdraw as Counsel for the Respondent (Doc. 28), and a copy of a letter from the Court of Appeals to the Petitioner advising him that his appeal will not proceed until this Court determines whether a certificate of appealability should issue (Doc. 27).

The application to proceed in forma pauperis is DENIED for the reason that it fails to comply with Rule 24(a), Fed. R. App. P. (Doc. 26). Moreover, we denied it in our Order of July 15, 2011 at 6 (Doc. 19).

A certificate of appealability is DENIED for the reason that we denied it in our Order of July 15, 2011 at 6 (Doc. 19).

Katia Mehu's Motion to Withdraw is GRANTED for the reason that she no longer works for the Arizona Attorney General. (Doc. 28). The Attorney General of Arizona shall continue to represent the respondent. Substitute counsel from the Attorney General's Office shall file a Notice of Appearance on this court's docket no later than **10 days** from the date of this Order.

Dated this 1st day of February, 2019.

*Frederick J. Martone*

Frederick J. Martone
Senior United States District Judge

Cc: 9th Circuit Court of Appeals